**Order entered August 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01635-CV

**WESTERN PROFESSIONAL HOCKEY LEAGUE, INC. D/B/A CENTRAL HOCKEY LEAGUE, ET AL., Appellants**

**V.**

**BRIAN MCKENNA AND PAUL HENDRICK, Appellees**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-05044**

## ORDER

We **GRANT** appellants' August 15, 2014 motion to withdraw opposed motion to dismiss appeal. The appeal remains at issue and will be submitted in due course.

/s/    DOUGLAS S. LANG
         JUSTICE